UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   Index No. 2:11-cv-01161 JFB-WDW

RICHARD GRAVINA *et al.*,

                              Plaintiffs

          -against-.


WELTMAN, WEINBERG & REIS CO., L.P.A.
*et al.*,

                              Defendants

-----------------------------------------------------------------x


NOTICE OF WITHDRAWAL OF NOTICE OF
VOUNTARY WITHDRAWAL OF COUNSEL


TO THE CLERK OF THE COURT:

    Please take notice that Robert L. Arleo hereby withdraws the notice of voluntarily withdrawal

as counsel of record for the Plaintiffs named in the above-entitled action (Dkt. No. 7).


DATED: Haines Falls, New York
          January 18, 2012


                                        By:  / s /    *Robert L. Arleo*
                                            ROBERT L. ARLEO, ESQ.
                                            (RA 7506)
                                            164 Sunset Park Road
                                            Haines Falls, New York 12436
                                            518-589-1016