**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------X

RICHARD GRAVINA, an individual; on behalf of
himself and all others similarly situated

        Plaintiffs

  -against-

WELTMAN, WEINBERG, & REIS, CO., L.P.A.,
an Ohio Corporation; et al

        Defendants
-------------------------------------------------------------------------------X

**NOTICE OF CLASS SETTLEMENT**

11-cv-01161-JFB -WDW

     NOW COMES the Defendant, Weltman, Weinberg, & Reis, Co., L.P.A, by and through the undersigned counsel and hereby informs the Court that a comprehensive classwide settlement of the present matter has been reached, and will be filed with the Court for preliminary approval within the next 2 weeks.

     Defendant, on consent of Plaintiff, therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

     Thank you for the Court's attention to the foregoing request.

Dated: April 25, 2012

                          Respectfully yours,

                          <u>/S/: Scott Wortman</u>
                          Scott Wortman, Esq.
                          Mel S. Harris & Associates, L.L.C.
                          5 Hanover Square, 8th Floor
                          New York, NY 10004
                          (212) 571-4900 Ext. 3208
                          swortman@melharrislaw.com

cc:
    Robert L. Arleo, Esq.
    164 Sunset Park Road
    Haines Falls, NY 12436
    Email: r.arleo@verizon.net

    William F. Horn
    Law Office of William Horn, Esq.
    188-01B 71st Crescent
    Fresh Meadows, NY 11365
    Email: bill@wfhlegal.com