**CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE**

BEFORE JUDGE BIANCO

July 17, 2012                                       TIME: 3:22 p.m.
                                                    TIME IN COURT: 10 min.

CASE NUMBER:  CV 11-1161

TITLE:          Gravina v. Weltman, Weinberg &Reis Co. et al.

PLTFFS ATTY:    **Robert Arleo**
                 X  present           ___ not present


DEFTS ATTY:     **Scott Wortman**
                 X present            ___ not present



FTR RECORDER: 3:22-3:32            COURTROOM DEPUTY:   Michele Savona

OTHER: _____


 X    CASE CALLED.

 X    CONF HELD

 __   ARGUMENT HEARD / CONT'D TO _____.

 X    MOTION TO CERTIFY CLASS IS GRANTED.         _____ DENIED

 X    NEXT CONFERENCE SET FOR 11/16/12 at 2:30 p.m.

**OTHER:** _____